IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE OMARO RUIZ PELAEZ,<br>Petitioner, | : <br> : <br> : | |
| | : | 3:15-cv-799 |
| v. | : | |
| | : | (Judge Mariani) |
| UNITED STATES OF AMERICA,<br>Respondent. | : <br> : | |

## ORDER

**AND NOW**, this  14th day of May, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Pennsylvania.

2. Disposition of Petitioner's motion (Doc. 4) to proceed *in forma pauperis* is left to the discretion of the transferee court.

3. The Clerk of Court shall **CLOSE** this case.

Robert D. Mariani
United States District Judge